

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-24-00299-CV

---

IN RE BUILDING PLASTICS, INC., AND LDARRIUS BURNS, Relators

---

Original Proceeding
342nd District Court of Tarrant County, Texas
Trial Court No. 342-327781-21

---

Before Sudderth, C.J.; Kerr and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and emergency motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and emergency motion for temporary relief are denied.

Per Curiam

Delivered: July 2, 2024